**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE ESTATE OF ANGELA ARTEAGA LOPEZ, by and through its legal representative, JOSE LOPEZ PALOMAR; JOSE LOPEZ PALOMAR; DESTINY LOPEZ, a minor suing through her guardian and legal representative BETTY MARTINEZ; JOSE LOPEZ ARTEAGA, JOSEFINA LOPEZ ARTEAGA, ABUNDIO LOPEZ ARTEAGA, PATRICIA LOPEZ ARTEAGA, SONIA LOPEZ ARTEAGA, minors suing through their guardian and legal representative, JOSE LOPEZ PALOMAR; THE ESTATE OF OLIVIA LOPEZ ARTEAGA, by and through its legal representative, JOSE LOPEZ PALOMAR,<br><br>    Plaintiffs,<br><br>    v.<br><br>FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER; DR. ROBERT AYERS,<br><br>    Defendants. | NO. 1:07-CV-00752-AWI-DLB<br><br>ORDER VACATING NOVEMBER 10, 2008, HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

Defendants' motion to dismiss and/or for judgment on the pleadings has been set for hearing in this case on November 10, 2008. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 10, 2008, is VACATED, and the parties shall not appear at that time.  As of November 10, 2008, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   November 6, 2008**              /s/ Anthony W. Ishii
                                   CHIEF UNITED STATES DISTRICT JUDGE

daw                                2