```
LAWRENCE G. BROWN
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE ESTATE OF ANGELA ARTEAGA LOPEZ, by and through its legal representative, JOSE LOPEZ PALOMAR; JOSE LOPEZ PALOMAR; DESTINY LOPEZ, a minor suing through her guardian and legal representative BETTY MARTINEZ; JOSE LOPEZ ARTEAGA, JOSEFINA LOPEZ ARTEAGA, ABUNDIO LOPEZ ARTEAGA, PATRICIA LOPEZ ARTEAGA, SONIA LOPEZ ARTEAGA, minors suing through their guardian and legal representative, JOSE LOPEZ PALOMAR; THE ESTATE OF OLIVIA LOPEZ ARTEAGA, by and through its legal representative, JOSE LOPEZ PALOMAR,<br><br>Plaintiffs,<br><br>v.<br><br>FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER; UNITED STATES OF AMERICA,<br><br>Defendants. | Case No.: 1:07-cv-00752-AWI-DLB<br><br>STIPULATION EXTENDING SCHEDULING DEADLINES AND ORDER THEREON |

1   Plaintiffs("Plaintiffs"), defendant Fresno Community
2 Hospital ("FCH") and defendant United States("United States"),
3 stipulate to continue the following deadlines in this action as
4 specifically set forth below.
5   The parties base this stipulation on good cause to allow for
6 adequate time to complete discovery and file dispositive motions.
7 The parties have been diligent in conducting discovery but
8 require additional time to complete all necessary discovery.  The
9 parties agree to extend certain scheduling deadlines without
10 affecting the pre-trial conference or trial date in this action.

|                                           | **Old Date** | **New Date** |
|-------------------------------------------|----------|----------|
| Non-expert discovery cut-off              | 09/04/09 | 12/18/09 |
| Expert disclosures                        | 10/16/09 | 01/15/10 |
| Supplemental expert disclosures           | 12/04/09 | 02/08/10 |
| Expert discovery cut-off                  | 02/12/10 | 03/15/10 |
| Non-dispositive motion filing deadline    | 09/15/09 | 03/15/10 |
| Hearing on non-dispositive motions        | 10/09/09 | 04/16/10 |
| Dispositive motion filing deadline        | 02/26/10 | 03/22/10 |
| Hearing on dispositive motions            | 03/29/10 | 04/26/10 |

22   For the reasons set forth herein, the parties therefore
23 stipulate and agree to extend the following deadlines as
24 specified below.  The parties request the court endorse this
25 stipulation by way of formal order.
26 ///
27 ///
28 ///

STIPULATION EXTENDING SCHEDULING DEADLINES AND ORDER THEREON

Respectfully submitted,

Dated: August 13, 2009                Dated: August 12, 2009

LAWRENCE G. BROWN                     LAW OFFICES OF KEVIN G. LITTLE
United States Attorney


 /s/Alyson A. Berg                     /s/Kevin G. Little
ALYSON A. BERG                        KEVIN G. LITTLE
Attorneys for Defendant               Attorneys for Plaintiffs
United States of America


Dated: August 11, 2009                Dated: August 11, 2009

LAW OFFICES OF DANIEL HARRALSON       STAMMER, McKNIGHT, BARNUM
                                       & BAILEY

(As authorized 8/11/09)
 /s/Daniel L. Harralson                /s/Carey H. Johnson
DANIEL L. HARRALSON                   CAREY HUGH JOHNSON
Attorneys for Plaintiffs              Attorneys for Defendant Fresno
Estate of Angela Arteaga Lopez        Community Hospital and Medical
and Destiny Lopez, a minor            Center

**ORDER**

IT IS SO ORDERED.

**Dated:   August 19, 2009**             **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE