# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE ESTATE OF ANGELA ARTEAGA LOPEZ, et al., | ) ) ) | 1:07cv0752 AWI DLB |
| Plaintiffs, | ) ) | ORDER ADOPTING FINDING AND RECOMMENDATIONS REGARDING |
| v. | ) ) | MOTION FOR APPROVAL OF MINOR'S COMPROMISE |
| FRESNO COMMUNITY HOSPITAL, et al. | ) ) | (Document 48) |
| Defendants. | ) ) ) | |

On February 8, 2010, the Magistrate Judge issued Findings and Recommendations that Plaintiffs' Request for Approval of Minors' Compromise be GRANTED. These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fourteen (14) days of the date of service of the order.

Plaintiffs filed an objection on February 8, 2010, indicating that the Findings and Recommendations relied on information that contained a clerical error. Specifically, Plaintiffs explained that the higher costs attributed to Plaintiff Sonia Lopez Arteaga should have been attributed to Plaintiff Destiny Lopez, who had a different attorney of record. The Court questioned the costs attributed to Plaintiff Sonia Lopez Arteaga in the Findings and Recommendation but noted that there had been no objections. Plaintiffs have now explained and corrected the allocation of costs.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, including Plaintiffs'

1

objections, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued February 8, 2010, are ADOPTED, WITH CORRECTED COSTS, as noted below;
2. Plaintiffs' Request for Approval of Minors' Compromise is GRANTED;
3. The total amount of the settlement, $205,000.00, be transferred by the United States without delay to the designated trust account of Plaintiff/Petitioner Jose Lopez Palomar's counsel, Kevin G. Little, and distributed as follows:
   a. Attorneys' fees and costs in the total amount of $55,648.45 be paid to the Law Office of Kevin G. Little and the Law Office of Daniel Harralson;
   b. Plaintiff Destiny Lopez's $16,536.19 share be distributed to Petitioner Betty Ann Martinez, her legal guardian. Petitioner Betty Ann Martinez is authorized to make an initial disbursement of $3,500. The remaining $13,036.19 shall be held in a bank account, certificate of deposit, annuity or other like instrument, for her sole benefit, until she reaches the age of majority;
   c. Plaintiffs Jose Lopez Arteaga, Josefina Lopez Arteaga, Abundio Lopez Arteaga, Patricia Lopez Arteaga and Sonia Lopez Arteaga's share of $16,601.92 each be distributed to Plaintiff/Petitioner Jose Lopez Palomar, their legal guardian, to be invested for their benefit until they reach the age of majority; and
4. Any disbursement over $500 shall require Court approval.

IT IS SO ORDERED.

**Dated:    February 23, 2010**          /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE