# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE ESTATE OF ANGELA ARTEAGA LOPEZ, et al., | ) ) ) | 1:07cv0752 AWI DLB |
| Plaintiffs, | ) ) | ORDER GRANTING PLAINTIFFS' MOTION TO CORRECT TRANSCRIPT |
| v. | ) ) | (Document 54) |
| FRESNO COMMUNITY HOSPITAL, et al. | ) ) | |
| Defendants. | ) ) ) | |

On April 9, 2010, Plaintiffs filed the instant Motion to Correct the Transcript of the February 5, 2010, hearing on Plaintiffs' Petition for Approval of the Minors' Compromise. Defendant United States of America filed a Notice of Non-Opposition on April 13, 2010.

The Court took the matter off calendar on May 10, 2010, after the Court contacted the transcriber for further review. On May 14, 2010, the Corrected Transcript was filed. Plaintiff has indicated that the Corrected Transcript is satisfactory.

Plaintiffs' motion is therefore GRANTED and the May 14, 2010, Corrected Transcript shall become the official transcript of the February 5, 2010, hearing.

IT IS SO ORDERED.

Dated: **May 14, 2010**                    /s/ **Dennis L. Beck**
                                                              UNITED STATES MAGISTRATE JUDGE

1