KEVIN G. LITTLE, SBN 149818
ATTORNEY AT LAW
6083 N. Figarden Drive, No. 188
Fresno, California 93722
Telephone: (559) 708-4750
Email: kevinglittle@yahoo.com

Attorney for Plaintiffs the Estate of Angela Arteaga, Jose Lopez Palomar, Destiny Lopez Jose Lopez Arteaga, Josefina, Lopez Arteaga, Josefina Lopez Arteaga, Abundio Lopez Arteaga, Patricia Lopez Arteaga, Sonia Lopez Arteaga, and the Estate of Olivia Lopez Arteaga

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

***

| | |
|---|---|
| THE ESTATE OF ANGELA ARTEAGA LOPEZ, by and through its legal representative, JOSE LOPEZ PALOMAR; JOSE LOPEZ PALOMAR; DESTINY LOPEZ, a minor suing through her guardian and legal representative BETTY MARTINEZ; JOSE LOPEZ ARTEAGA, JOSEFINA LOPEZ ARTEAGA, ABUNDIO LOPEZ ARTEAGA, PATRICIA LOPEZ ARTEAGA, SONIA LOPEZ ARTEAGA, minors suing through their guardian and legal representative, JOSE LOPEZ PALOMAR; THE ESTATE OF OLIVIA LOPEZ ARTEAGA, by and through its legal representative, JOSE LOPEZ PALOMAR, <br><br>         Plaintiffs, <br><br> v. <br><br> FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER; UNITED STATES OF AMERICA, <br><br>         Defendants. | No. CV-F-07-0752 AWI DLB <br><br> STIPULATION OF DISMISSAL |

TO THE HONORABLE COURT:

In accordance with Federal Rule of Civil Procedure 41(a)(2) and consistent with the terms of their settlement, all parties to the above-entitled proceeding hereby stipulate to

---
STIPULATION OF DISMISSAL

dismiss this action with prejudice.  All parties are to bear their own costs and attorney's fees.

                                      Respectfully submitted,

FOR PLAINTIFFS:

Dated: June 4, 2010

                                      /s/ Kevin G. Little
                                      By: Kevin G. Little, Esq.

                                      /s/ Dan Harralson
                                      By: Dan Harralson, Esq.

                                      Attorneys for Plaintiffs

FOR DEFENDANT UNITED STATES:

Dated: June 4, 2010                      BENJAMIN B. WAGNER
                                      United States Attorney
                                      Eastern District of California

                                      /s/ Alyson Berg
                                      By: Alyson Berg, Esq.
                                      Assistant U.S. Attorney
                                      Attorneys for Defendant
                                      United States of America

FOR DEFENDANT FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER:

Dated: June 4, 2010                      STAMMER, MCKNIGHT, BARNUM & BAILEY

                                      /s/ Carey H. Johnson
                                      By: Carey H. Johnson, Esq.
                                      Attorneys for Defendant
                                      Fresno Community Hospital
                                      and Medical Center

**ORDER**

IT IS SO ORDERED.

**Dated:   June 7, 2010**                  **/s/ Anthony W. Ishii**
                                      CHIEF UNITED STATES DISTRICT JUDGE